## MALPHURS v. UNITED STATES.
### No. 11624.

Circuit Court of Appeals, Fifth Circuit.
April 8, 1947.

See also 46 F.Supp. 903.

M. H. Myerson, of Jacksonville, Fla., for appellant.

Herbert S. Phillips, U. S. Atty., of Tampa, Fla., and Arthur A. Simpson, Asst. U. S. Atty., of Jacksonville, Fla., for appellee.

Before SIBLEY, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The evidence was sufficient to take the case to the jury.

Judgment affirmed.